UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADVAIYA SOLUTIONS INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY, LTD., a Connecticut corporation,<br><br>Defendant. | No.:<br><br>NOTICE OF REMOVAL OF DEFENDANT HARTFORD FIRE INSURANCE COMPANY |

TO: Clerk of the Court

AND TO: Advaiya Solutions, Inc., Plaintiff

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Hartford Fire Insurance Company (improperly named as Hartford Fire Insurance Company, Ltd.) removes to this Court the state court action described, below. In support of this Notice of Removal, Hartford states as follows:

NOTICE OF REMOVAL OF DEFENDANT HARTFORD FIRE INSURANCE COMPANY
No.:

Page 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

# I. BACKGROUND

1. On April 7, 2023, Plaintiff Advaiya Solutions, Inc. filed a Complaint in King County Superior Court (Case No. 23-2-06291-4 SEA), entitled *Advaiya Solutions, Inc. v. Hartford Fire Insurance Company, Ltd.* ("State Court Action").[1]

2. On April 10, 2023, Plaintiff served a Summons and Complaint on the Office of the Washington Insurance Commissioner ("OIC"), which accepted service on behalf of Hartford. The OIC then mailed a copy of the Summons and Complaint to Hartford. Hartford received a copy of the Summons and Complaint on April 18, 2023. Plaintiff has since filed a Second Amended Complaint, on May 4, 2023.[2] This Second Amended Complaint has not been served on Hartford. This Notice is timely filed within 30 days of both the actual receipt of, and service of, both the Complaint and Second Amended Complaint on Hartford, under 28 U.S.C. § 1446(b).[3]

# II. JURISDICTION

3. The State Court Action may be removed to this Court pursuant to 28 U.S.C. § 1441(b), because this Court has jurisdiction under 28 U.S.C. § 1332(a).

4. Complete diversity exists because Hartford and Plaintiff are citizens of different states.[4] Hartford is a Connecticut corporation with its principal place of business in

---

[1] Complaint, *Advaiya Solutions, Inc. v. Hartford Fire Insurance Company, Ltd.,* Case No. 23-2-06291-4 SEA (King Cty.,Wash., April 7, 2023) (the "Complaint").

[2] Second Amended Complaint, *Advaiya Solutions, Inc. v. Hartford Fire Insurance Company*, Ltd., Case No. 23-2-06291-4 SEA (King Cty.,Wash., May 4, 2023) (the "Second Amended Complaint").

[3] *See* 28 U.S.C. § 1446(b)(1) (permitting removal within 30 days after the defendant receives services of process); see also *Anderson v. State Farm Mut. Auto. Ins. Co.*, 917 F.3d 1126, 1130 (9th Cir. 2019) (holding that "the thirty-day removal clock under 28 U.S.C. § 1446(b)(1) does not begin upon service on and receipt by a statutorily designated agent, and began in this case only when [the insurer] actually received [the insured's] complaint").

[4] *See Kanter v. Warner-Lambert Co*., 265 F.3d 853, 857 (9th Cir. 2001) (holding that at the removal state, the defendant need only "allege (not prove) diversity").

NOTICE OF REMOVAL OF DEFENDANT HARTFORD FIRE INSURANCE COMPANY
No.:

Page 2

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

Hartford, Connecticut. Plaintiff is a Washington corporation with its principal place of business in Bellevue, Washington.

5. According to the Second Amended Complaint, Plaintiff seeks damages in an amount to be proven at trial, but no less than $333,846.00. Therefore, the amount in controversy in this case, exclusive of interest and costs, exceeds $75,000.

### III. VENUE AND ASSIGNMENT

6. Venue is proper in the United State District Court for the Western District of Washington because it is the district embracing King County, the place where the State Court Action is pending.

7. Assignment is proper to the Seattle Division because Plaintiff filed its Complaint in King County, Washington, and alleges that the causes of action arose in King County, Washington.[5]

### IV. PROCEDURAL REMOVAL

8. In accordance with 28 U.S.C. § 1446(a) and LCR 101(b), a true and correct copy of the process, pleadings, and orders, as well as any additional records in the State Court Action are attached to this Notice.

9. In accordance with 28 U.S.C. § 1446(d), Hartford will file, in King County Superior Court, a notice to Plaintiff and to the State Court Clerk.

10. By filing this Notice, Hartford does not waive, and expressly reserves, all rights, defenses, and objections of any nature that Hartford may have against Plaintiff's claims.

---

[5] *See* LCR 3(e).

NOTICE OF REMOVAL OF DEFENDANT HARTFORD FIRE INSURANCE COMPANY
No.:    Page 3

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

DATED: May 10, 2023

                BULLIVANT HOUSER BAILEY PC

By *s/ Matthew J. Sekits*
    Matthew J. Sekits, WSBA #26175
    E-mail:  matthew.sekits@bullivant.com

By *s/ Caitlyn Mathews*
    Caitlyn Mathews, WSBA # 60055
    E-mail:  caitlyn.mathews@bullivant.com

Address:
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Phone:  (206) 292-8930
Fax:  (206) 386-5130

*Attorneys for Defendant Hartford Fire Insurance Company*

NOTICE OF REMOVAL OF DEFENDANT HARTFORD FIRE INSURANCE COMPANY
No.:

Page 4

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

# CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2023, I served a true and correct copy of the foregoing document to be delivered by the Clerk of the Court using the CM/ECF system and courtesy copy via E-Mail to the following as indicated below:

| | |
|---|---|
| Tristan N. Swanson, WSBA No. 41934<br>MILLER NASH LLP<br>Pier 70, 2801 Alaskan Way, Suite 300<br>Seattle, WA 98121-1128<br>tristan.swanson@millernash.com | ☐ via Hand Delivery.<br>☐ via First Class Mail.<br>☒ via E-Mail<br>☒ CM/ECF system |

*Attorneys for Plaintiff*

Dated: May 10, 2023.

/s/ Freida Mason
Freida Mason, Legal Assistant
Freida.mason@bullivant.com
BULLIVANT HOUSER BAILEY PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Phone: (206) 292-8930
Fax: (206) 386-5130

4894-3629-1171.1

NOTICE OF REMOVAL OF DEFENDANT HARTFORD FIRE INSURANCE COMPANY
No.:
Page 5
Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930