UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADVAIYA SOLUTIONS INC,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. C23-0685-KKE<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion for a protective order. Dkt. No. 13. Because the motion departs from this District's model order, the parties "must provide the court with a redlined version identifying departures from the model." LCR 26(c)(2). The parties failed to provide a redline. The parties' motion (Dkt. No. 13) is therefore DENIED without prejudice, subject to re-filing in compliance with Local Civil Rule 26(c)(2).

Dated this 22nd day of September, 2023.

*Kymberly K Evanson*
Kymberly K. Evanson
United States District Judge

ORDER - 1