HON. KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADVAIYA SOLUTIONS, INC.,

    Plaintiff,

vs.

HARTFORD FIRE INSURANCE COMPANY,

    Defendants.

Case No. 2:23-cv-00685-KKE

**ORDER ON STIPULATED MOTION TO CONTINUE TRIAL DATE AND DEADLINES**

THIS MATTER came before the Court on the Parties' Stipulated Motion to Continue Trial Date. Dkt. No. 35. The Court having reviewed the files and records herein, FINDS that good cause exists to continue the trial date and related deadlines. The Court adopts the Parties' proposed deadlines except for the deadline to submit motions in limine, which is changed from June 9, 2025, to June 2, 2025, to match the Court's scheduling preferences. *See* Dkt. No. 18 at 3. The pretrial conference is also moved to accommodate the Court's schedule. The Court HEREBY ORDERS that the case schedule shall be amended as follows:

| Event | Current date | New Deadline |
|---|---|---|
| JURY TRIAL SET FOR 9:30 a.m. on | February 3, 2025 | July 7, 2025 |
| Length of trial | 5 to 7 days | 5 to 7 days |
| Disclosure of expert testimony under FRCP 26(a)(2) due | July 8, 2024 | December 9, 2024 |
| All motions related to discovery must be filed by (see LCR 7(d)) | August 7, 2024 | January 6, 2025 |

ORDER ON STIPULATED MOTION TO CONTINUE
TRIAL DATE AND DEADLINES
2:23-cv-00685-KKE - 1

| | | |
|---|---|---|
| Discovery completed by | September 6, 2024 | February 10, 2025 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date. Such motions must be noted for consideration no later than 28 days after this date (*see* LCR 7(d)). | October 7, 2024 | March 10, 2025 |
| Settlement conference under LCR 39.1, if requested by the parties, held no later than | December 5, 2024 | March 14, 2025 |
| All motions in limine must be filed by (see LCR 7(d)) | December 30, 2024 | June 2, 2025 |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | January 13, 2025 | June 16, 2025 |
| Trial briefs, proposed voir dire questions, and deposition designations due | January 21, 2025 | June 23, 2025 |
| Pretrial conference at 10:00 a.m. on | January 24, 2025 | June 26, 2025 |

IT IS SO ORDERED this 9th day of July, 2024.

*[signature]*

Kymberly K. Evanson
United States District Judge