# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ADVAIYA SOLUTIONS INC,<br>　　　　　　　　Plaintiff(s),<br>v.<br>HARTFORD FIRE INSURANCE COMPANY,<br>　　　　　　　　Defendant(s). | CASE NO. C23-0685-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |

The parties stipulated to a continuance of the trial date and case schedule. Dkt. No. 39. The Court finds good cause to support a continuance, and therefore GRANTS the motion to continue the trial date. The unexpired deadlines in the previous case schedule (Dkt. No. 36) are VACATED. The Court will issue an amended case schedule based on the parties' agreed-upon trial date and consistent with the Court's standard case schedule. *See* Dkt. No. 18.

If any date in the amended case schedule causes an irreconcilable conflict, the parties shall contact Courtroom Deputy Diyana Staples at diyana_staples@wawd.uscourts.gov no later than 14 days after the amended case schedule is entered.

Dated this 20th day of December, 2024.

*[signature]*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE - 1