THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADVAIYA SOLUTIONS, INC.,

    Plaintiff,

 v.

HARTFORD FIRE INSURANCE COMPANY,

    Defendant.

No.: 2:23-cv-00685-KKE

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

## I. **STIPULATED MOTION**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Advaiya Solutions, Inc. and Defendant Hartford Fire Insurance Company hereby stipulate to the dismissal of all claims in this action with prejudice and without an award of expenses, costs, or fees to any party.

DATED: April 9, 2025

| MILLER NASH LLP | BULLIVANT HOUSER BAILEY PC |
|---|---|
| By: */s/ Donald Scaramastra* <br>  Tristan N. Swanson, WSBA #41934 <br>  Email: tristan.swanson@millernash.com <br>  Donald Scaramastra, WSBA #21416 <br>  E-mail: don.scaramastra@millernash.com <br><br> Attorneys for Plaintiff Advaiya Solutions, Inc. | By: */s/ Matthew J. Sekits* <br>  Matthew J. Sekits, WSBA #26175 <br>  E-mail: matthew.sekits@bullivant.com <br>  Caitlyn E. Robinson, WSBA # 60055 <br>  E-mail: caitlyn.robinson@bullivant.com <br><br> Attorneys for Defendant Hartford Fire Insurance Company |

STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE
NO.: 2:23-CV-00685-KKE

PAGE 1

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930


## ORDER

It is so ordered.

DATED this 9th day of April, 2025.

_____
Kymberly K. Evanson
United States District Judge

Presented by:

BULLIVANT HOUSER BAILEY PC

By: */s/ Matthew J. Sekits*
  Matthew J. Sekits, WSBA #26175
  E-mail: matthew.sekits@bullivant.com
  Caitlyn E. Robinson, WSBA # 60055
  E-mail: caitlyn.robinson@bullivant.com

Attorneys for Defendant Hartford Fire Insurance Company

4919-1419-7299.1

STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE
NO.: 2:23-CV-00685-KKE

PAGE 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930